**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EARL C. VOILES, III,
ANTHONY MAXWELL,
GEORGE PUGA,
PHILLIP GALLEGOS,

        Plaintiffs,

v.                              No.     14-CV-00428-JCH-KK
                                              14-CV-00442-JCH-KK
                                              14-CV-00440 JCH-KK
                                              14-CV-00441-JCH-KK
                                              14-CV-01087-JCH-KK

STATE OF NEW MEXICO DEPARTMENT OF PUBLIC SAFETY; and
STATE OF NEW MEXICO LAW ENFORCEMENT ACADEMY; and
GORDEN E. EDEN, Jr. (Former Cabinet Secretary, Department of Public Safety),
in his individual and official capacity; and
PATRICK MOONEY (Deputy Cabinet Secretary, Department of Public Safety),
in his individual and official capacity; and
LOUIS MEDINA (Director of New Mexico Law Enforcement Academy),
in his individual and official capacity; and
JACK JONES (Deputy Director of New Mexico Law Enforcement Academy),
in his individual and official capacity; and
MARK SHEA (Advanced Bureau Chief at New Mexico Law Enforcement Academy),
in his individual and official capacity; and,
WILLIAM HUBBARD (Interim Director of New Mexico Law Enforcement Academy).

        Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE

      COMES NOW Plaintiffs Earl C. Voiles, Anthony Maxwell, George Puga, and Phillip

Gallegos, through their counsel of record, Joe Campbell and David Foster, and Defendants New

Mexico Department of Public Safety ("DPS"), New Mexico Law Enforcement Academy ("LEA"

or "Academy"), Gordon E. Eden, Jr., Patrick Mooney, Jack Jones, Mark Shea, Louis Medina and

William Hubbard ("Defendants"), through their counsel of record, Miller Stratvert P.A., (Luke

Salganek, Cody Rogers, and Holly Agajanian) and stipulate and agree to the dismissal of the

individual defendants in their official and individual capacities for no money paid from the above

referenced consolidated suit.  The individual defendants dismissed by this stipulation are: Gordon

E. Eden, Jr., Patrick Mooney, Jack Jones, Mark Shea, Louis Medina and William Hubbard.

The parties agree to bear their own attorney's fees and costs of suit.

Respectfully submitted,

MILLER STRATVERT P.A.


By  /s/ *Luke A. Salganek*
    Luke A. Salganek
    Cody R. Rogers
    Holly Agajanian
    *Attorneys for Defendants*
    P.O. Box 1986
    Santa Fe, New Mexico  87504-1986
    Telephone: (505) 989-9614
    Facsimile:  (505) 989-9857


    Joined in by:


    Approved 5/31/16
    Joseph E. Campbell
    *Attorney for Plaintiffs*
    3 George Court, Suite C2
    Edgewood, New Mexico 87015

    David R. Foster
    David Foster Law Firm, P.C.
    *Attorney for Plaintiffs*
    210 Montezuma Ave Ste 200
    Santa Fe, NM 87501