## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

EARL C. VOILES, III,
ANTHONY MAXWELL,
GEORGE PUGA,
PHILLIP GALLEGOS,

       Plaintiffs,

v.                                                                No.    14-CV-00428-JCH-KK
                                                                       14-CV-00442-JCH-KK
                                                                       14-CV-00440 JCH-KK
                                                                       14-CV-00441-JCH-KK
                                                                       14-CV-01087-JCH-KK


STATE OF NEW MEXICO DEPARTMENT OF PUBLIC SAFETY; and
STATE OF NEW MEXICO LAW ENFORCEMENT ACADEMY; and
GORDEN E. EDEN, Jr. (Former Cabinet Secretary, Department of Public Safety),
in his individual and official capacity; and
PATRICK MOONEY (Deputy Cabinet Secretary, Department of Public Safety),
in his individual and official capacity; and
LOUIS MEDINA (Director of New Mexico Law Enforcement Academy),
in his individual and official capacity; and
JACK JONES (Deputy Director of New Mexico Law Enforcement Academy),
in his individual and official capacity; and
MARK SHEA (Advanced Bureau Chief at New Mexico Law Enforcement Academy),
in his individual and official capacity; and,
WILLIAM HUBBARD (Interim Director of New Mexico Law Enforcement Academy).

       Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs Earl C. Voiles, Anthony Maxwell, George Puga, and Phillip

Gallegos, through their counsel of record, Joe Campbell and David Foster, and Defendants New

Mexico Department of Public Safety ("DPS") and the New Mexico Law Enforcement Academy

("LEA"), through their counsel of record, Miller Stratvert P.A., (Luke Salganek, Cody Rogers,

and Holly Agajanian) and stipulate and agree to the dismissal of Defendants DPS and LEA, and

dismissal of the above referenced consolidated suit with prejudice.

The parties agree to bear their own attorney's fees and costs of suit.

Respectfully submitted,

MILLER STRATVERT P.A.


By _/s/ *Luke A. Salganek*_____
    Luke A. Salganek
    Cody R. Rogers
    Holly Agajanian
    ***Attorneys for Defendants***
    P.O. Box 1986
    Santa Fe, New Mexico  87504-1986
    Telephone: (505) 989-9614
    Facsimile:  (505) 989-9857


Joined in by:


Approved 5/31/16____
Joseph E. Campbell
***Attorney for Plaintiffs***
3 George Court, Suite C2
Edgewood, New Mexico 87015

David R. Foster
David Foster Law Firm, P.C.
***Attorney for Plaintiffs***
210 Montezuma Ave Ste 200
Santa Fe, NM 87501