# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

EARL C. VOILES, III,
ANTHONY MAXWELL,
GEORGE PUGA,
PHILLIP GALLEGOS,

       Plaintiffs,

v.                                                                    No.      14-CV-00428-JCH-KK
                                                                              14-CV-00442-JCH-KK
                                                                              14-CV-00440 JCH-KK
                                                                              14-CV-00441-JCH-KK
                                                                              14-CV-01087-JCH-KK


STATE OF NEW MEXICO DEPARTMENT OF PUBLIC SAFETY; and
STATE OF NEW MEXICO LAW ENFORCEMENT ACADEMY; and
GORDEN E. EDEN, Jr. (Former Cabinet Secretary, Department of Public Safety),
in his individual and official capacity; and
PATRICK MOONEY (Deputy Cabinet Secretary, Department of Public Safety),
in his individual and official capacity; and
LOUIS MEDINA (Director of New Mexico Law Enforcement Academy),
in his individual and official capacity; and
JACK JONES (Deputy Director of New Mexico Law Enforcement Academy),
in his individual and official capacity; and
MARK SHEA (Advanced Bureau Chief at New Mexico Law Enforcement Academy),
in his individual and official capacity; and,
WILLIAM HUBBARD (Interim Director of New Mexico Law Enforcement Academy).

       Defendants.

## <u>ORDER GRANTING DISMISSAL WITH PREJUDICE</u>

**THIS MATTER**, having come before the Court upon the Stipulation of Dismissal with

Prejudice filed by Plaintiffs Earl C. Voiles, Anthony Maxwell, George Puga, and Phillip

Gallegos, and Defendants New Mexico Department of Public Safety ("DPS") and New Mexico

Law Enforcement Academy ("LEA"), and the Court finding good cause therefor:

**IT IS ORDERED** that the Complaints be dismissed with prejudice.  The parties shall

bear their own attorney's fees and costs of suit.

_____
UNITED STATES DISTRICT JUDGE


Submitted by:

 /s/ *Luke A. Salganek*                        
Luke A. Salganek
Cody R. Rogers
Holly Agajanian
***Attorneys for Defendants***
P.O. Box 1986
Santa Fe, New Mexico  87504-1986
Telephone: (505) 989-9614
Facsimile:  (505) 989-9857

Approved by:

Approved 5/31/16                         
Joseph E. Campbell
***Attorney for Plaintiffs***
3 George Court, Suite C2
Edgewood, New Mexico 87015

David R. Foster
David Foster Law Firm, P.C.
***Attorney for Plaintiffs***
210 Montezuma Ave Ste 200
Santa Fe, NM 87501